# Steven J. Baum, P. C.

### Attorneys at Law

| | | |
|---|---|---|
| | **Mailing Address:**<br>P.O. Box 1291<br>Buffalo, NY 14240-1291 | **Overnight Mail:**<br>220 Northpointe Parkway<br>Suite G<br>Amherst, NY 14228 |

Ronald W. Zackem
Steven J. Baum
Brian B. Kumiega
Suzanne Villacorta
Elpiniki M. Bechakas
Dawn A. Carpenter
Thomas Frederick
Darleen Karaszewski

Kevin Kane

Marvin R. Baum (1930-1999)

**Phone Number**
716-204-2400

**Fax Number**
716-204-4600
(not intended for service)

**Web Site**
www.mbaum.com

_____

of counsel

Zavatsky, Mendelsohn,
Gross, Savino & Levy, LLP

**April 20, 2004**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Building
290 Federal Plaza/ P.O. Box 9013
Central Islip, NY 11722-9013

      Re:    EMC MORTGAGE CORPORATION v. MATTHEW FELDMAN,
             Case No. 03-87826

Dear Sir or Madam:

      Pursuant to the message I left on April 20, 2004, the hearing scheduled for Presentment on April 21, 2004 has been settled with a conditional order.

      If you have any questions, please feel free to call.

             Very truly yours,

             /s/ Courtney A. Angelo

             Courtney A. Angelo
             Legal Assistant
             STEVEN J. BAUM, P.C.

Enc.
Matthew Feldman     Debtor
Charlie Hackett      Attorney for the Debtor
Michael J. Macco    Chtp. Trustee
U.S. Trustee         Office of the U.S. Trustee